PETER F. WENDEL and Another, Respondents, *v.* DENNIS CONNOR, Appellant, Impleaded with GEORGE F. FRERIKS, Defendant.

First Department, April 8, 1927.

Appearances — appearance specially to demand security for costs from non-resident is not general appearance under Civil Practice Act, § 237.

An appearance specially to demand security for costs from a non-resident plaintiff is not a general appearance within the meaning of section 237 of the Civil Practice Act, which section enumerates the only methods by which an appearance may be made.

APPEAL by the defendant, Dennis Connor, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 24th day of February, 1927, granting the plaintiffs' motion that their damages be ascertained by a jury, and that a writ of inquiry therefor be issued to the sheriff and judgment be entered upon the return of the inquisition.

*Bernard S. Barron* of counsel [*George P. Halperin* with him on the brief; *Barron, Rice & Rockmore,* attorneys], for the appellant Connor, appearing specially.

*Emanuel Harris* of counsel, for the respondents.

PER CURIAM. An appearance specially to demand security for costs from a non-resident plaintiff is not a general appearance within section 237 of the Civil Practice Act. That section enumerates the only methods by which appearance may be made.

The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

Present — DOWLING, P. J., MERRELL, FINCH, McAVOY and PROSKAUER, JJ.

Ordered reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.